UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In RE: | ) | | |
| Carlton E. Wheeler | ) | Case No.: | 16-42142 EDK |
| | ) | | |
| Debtor. | ) | Chapter: | 13 |
| | ) | | |

STATUS REPORT REGARDING:
[77] ORDER OBJECTION TO PLAN

**NOW COMES** Carlton E. Wheeler, Debtor, in the above captioned matter, and offers the following status report.

On May 29, 2017, through counsel, the Debtor executed a plan modification which addresses the issued raised in the objection to plan.

Dated:  May 29, 2017

Respectfully Submitted by,

Carlton E. Wheeler,

Through Counsel,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Bar No.:  671497
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605
Telephone No.: (508) 926-8833
E-mail: Robert@RKovacslaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In RE: | ) | | |
|     Carlton E. Wheeler | ) | Case No.: | 16-42142 EDK |
|  | ) | | |
| Debtor. | ) | Chapter: | 13 |
|  | ) | | |

Certificate of Service

I hereby certify that, upon information and belief, the above was electronically served via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the following CM/ECF Participates:

- United States Trustee
- Standing Trustee
- Stephanie E. Babin on behalf of Creditor Wells Fargo Bank. N.A.
- Michael E. Swain on behalf of Creditor Wells Fargo Bank. N.A.

**Manuel Notice List**

I further certify that I, on May 29, 2017 have served a copy of the same by first class mail, postage prepaid, on the non CM/ECF participates below.

Carl Wheeler
355 West Hartford Ave
Uxbridge, MA 01569


Dated:        May 29, 2017

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Bar No.:  671497
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Telephone No.: (508) 926-8833
E-mail: Robert@RKovacslaw.com